UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOWARD L. RANDOLPH,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT J. GARVEY, et al.,<br><br>    Defendants. | Civil Action No.<br>14-12458-JCB |

## ORDER

**BOAL, M.J.**

On May 15, 2014, Howard L. Randolph ("Randolph"), who is incarcerated at MCI Concord, filed a pro se complaint in which he challenges the adequacy of medical care that he received while held at the Hampshire County Jail and House of Correction. He also filed a motion for leave to proceed in forma pauperis. In an order dated June 11, 2014 (docket entry #4), the Court denied the motion without prejudice on the ground that the plaintiff had not provided the six-month prison account statement required under 28 U.S.C. § 1915(a)(2). The Court directed Randolph to pay the filing fee or file a new motion for leave to proceed in forma pauperis with the required prison account statement within 21 days. The Court explained that, even if the motion were granted, only the requirement that the filing fee be prepaid would be waived; Randolph would still be required to pay the $350 filing fee through installment payments. See 28 U.S.C. § 1915(b). The Court also stated that failure to respond to the order could result in dismissal of the action without prejudice.

The Clerk included an in forma pauperis application with the copy of the order mailed to Randolph. The Clerk also sent a copy of the order to the treasurer of MCI Concord to facilitate any request by the plaintiff for his 6-month prison account statement; the Court did not ask the treasurer to provide that information directly to the Court.

On June 19, 2014, the Court received a 6-month prison account statement for Randolph.

It is unclear whether this account statement was submitted by the prison treasurer or by the plaintiff. Based on the information contained therein, the initial partial filing fee would be $17.67.

However, Randolph did not file a renewed motion for leave to proceed in forma pauperis or any other document indicating a desire to pursue this case and incur an obligation to pay the filing fee.

In the absence of a renewed motion to proceed in forma pauperis, it is unclear whether the plaintiff intends to prosecute this action and accept the concomitant responsibility of paying the filing fee up front or by making incremental payments pursuant to 28 U.S.C. § 1915(b).

Accordingly, if Randolph would like to pursue this action, he must, within twenty-one (21) days of the date of this order, file a renewed motion for leave to proceed in forma pauperis. Failure to do so may result in dismissal of this action without prejudice. The Clerk shall provide the plaintiff with an Application to Proceed in District Court Without Prepaying Fees or Costs.

**So Ordered.**

          /s/ Jennifer C. Boal
          JENNIFER C. BOAL
          United States Magistrate Judge

Dated: 7/18/14